**DISMISS; Opinion Filed October 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01454-CV

**JOHNNY PAUL RIVERS, Appellant**
**V.**
**DALLAS COUNTY AND CITY OF DALLAS, TEXAS, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-50088**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Evans

Appellant, representing himself without an attorney, timely filed this appeal from the trial court's adverse judgment in an action for unpaid property taxes. Appellant then filed his pro se brief on February 20, 2015. By letter dated April 28, 2015, the Clerk of the Court notified appellant that his brief was deficient and did not comply with the briefing requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. Among other things, the letter informed appellant that the brief: (1) did not contain a concise statement of the case, course of proceedings, and trial court disposition supported by record references, (2) did not concisely state all issues or points presented for review, (3) did not contain a concise statement of facts supported by record references, (4) did not contain appropriate citations to the record or legal authorities in the argument, (5) did not contain a proper certificate of service, and (6) one or more identified items were omitted from the appendix. The letter instructed appellant to file an

amended brief correcting all outlined deficiencies within ten days. Appellant was further instructed that failure to correct the deficiencies would result in the dismissal of his appeal without further notice. *See* TEX. R. APP. P. 38.8 (a)(1), 42.3(b), (c).

To date, appellant has not filed an amended brief. Accordingly, we dismiss this appeal. *See id*. 42.3(b),(c); 43.2(f); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895–96 (Tex. App.—Dallas 2010, no pet.); *Newman v. Clark*, 113 S.W.3d 622, 623 (Tex. App.—Dallas 2003, no pet.) (per curiam).

/David W. Evans/
DAVID EVANS
JUSTICE

141454F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHNNY PAUL RIVERS, Appellant

No. 05-14-01454-CV          V.

DALLAS COUNTY and CITY OF
DALLAS, TEXAS, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. TX-13-50088
Opinion delivered by Justice Evans, Justices
Lang and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Dallas County and City of Dallas, Texas recover their costs of this appeal from appellant Johnny Paul Rivers.

Judgment entered this 21st day of October, 2015.